# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:12cr50

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) **O R D E R** |
| | ) |
| DEREK LAMONT DAVIS. | ) |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Counts One and Two of the Indictment [Doc. 12].

On October 2, 2012, the Government filed a Superseding Bill of Indictment against the Defendant. [Doc. 15]. Accordingly, the Defendant's Motion to Dismiss is denied as moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Dismiss Counts One and Two of the Indictment [Doc. 12] is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: October 3, 2012

Martin Reidinger
United States District Judge